1  JINA L. CHOI (N.Y. Bar No. 2699718)
   SUSAN F. LaMARCA (Cal. Bar No. 215231)
2    lamarcas@sec.gov
   AARON ARNZEN (Cal. Bar No. 218272)
3    arnzena@sec.gov
   VICTOR HONG (Cal. Bar No. 165938)
4    hongv@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, California 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

   DANIEL M. HAWKE (Admitted to D.C. Bar)
9  701 Market Street
   Philadelphia, Pennsylvania 19106

   JOSEPH G. SANSONE (Admitted to N.Y. Bar)
11 3 World Financial Center, Suite 400
   New York, New York 10281

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-14-02743 |
| Plaintiff, | |
| v. | |
| SALEEM KHAN, AMMAR AKBARI, ROSHANLAL CHAGANLAL and RANJAN MENDONSA | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Defendants, | |
| and | |
| SHAHID KHAN and MICHAEL KOZA, | |
| Relief Defendants. | |

| 1 | Plaintiff Securities and Exchange Commission (the "Commission") submits this |
|---|---|
| 2 | Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rule |
| 3 | 3-12(b). The following case pending in this District may be related to the present case: |

    *United States v. Saleem Khan*, Case No. CR-12-860 (YGR) (Northern District of California). On December 6, 2012, the United States Attorney's Office for the Northern District of California indicted defendant Saleem Khan, criminally charging him with bank fraud and making false statements to a financial institution, in violation of 18 U.S.C. §§ 1014 and 1344. Among other things, the indictment charged that Saleem Khan's hardship letter seeking agreement from a bank on a proposed "short sale" of residential real estate failed to disclose his profits from the securities trading alleged in the present case. On July 25, 2013, Saleem Khan pled guilty to both charges, and was sentenced to 21 months in prison and ordered to pay a $60,000 fine. Dkt Nos. 44 (Mar. 13, 2014 Minute Order re sentencing), 47 (Judgment entered Mar. 18, 2014). The case is currently pending before Judge Yvonne Gonzalez Rogers.

    The Commission's complaint in the instant case, *SEC v. Saleem Khan, et al.*, Case No. C-14-02743 (Northern District of California), also names Khan as a defendant and alleges against him civil violations of the Securities Exchange Act, 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5, by engaging in fraudulent insider trading which the Commission alleges resulted in securities trading profits that are referenced in the Indictment in *United States v. Saleem Khan*.

Dated: June 13, 2014                       Respectfully submitted,

                                              /s/ *Aaron P. Arnzen*
                                              Aaron P. Arnzen
                                              Attorneys for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION