MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    FAX: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-0860 YGR |
|     Plaintiff, | ) [FILED DECEMBER 6, 2012] |
|   v. | ) |
| SALEEM M. KHAN, | ) |
|     Defendant. | ) |
| | |
| SECURITIES AND EXCHANGE COMMISSION, | ) NO. C 14-02743 EMC |
| | ) [FILED JUNE 13, 2014] |
|     Plaintiff, | ) NOTICE OF POTENTIALLY RELATED CASE |
|   v. | ) |
| SALEEM KHAN, AMMAR AKBARI, ROSHANLAL CHAGANLAL, AND RANJAN MENDONSA, | ) |
|     Defendants. | ) |

       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned cases potentially *may* be related. Saleem Khan, one of the defendants

NOTICE OF RELATED CASES
U.S. v. KHAN/SEC V. KHAN ET AL.

named in the more recent civil case C 14-02743 EMC filed on June 13, 2014 (*see* Exhibit 1 (Complaint)) by the Securities and Exchange Commission ("SEC"), was also named as a defendant in the criminal case CR 12-0860 YGR previously pending before the Honorable Yvonne Gonzalez Rogers (*see* Exhibit 2 (Indictment)).

The criminal case CR 12-0860 YGR alleged crimes related to the defendant Khan's scheme to defraud banks and his false statements to banks. The Court sentenced the defendant Khan to serve 21 months' imprisonment in March 2014. On June 27, 2014, the Court denied the defendant's motion for bail pending appeal. The Court's restitution order is forthcoming.

The civil case C 14-02743 EMC alleges Khan's involvement in insider trading with respect to securities of Ross Stores and Taleo.

Although the cases do not strictly deal with the "same alleged events, occurrences, transactions or property," *see* Crim. L. R. 8-1(b)(1), the Indictment in case CR 12-0860 YGR alleges that the defendant Khan failed to disclose to the victim bank that he had "earned more than $870,000 by buying and selling options and by conducting other transactions through brokerage accounts." *See* Ex. 2, ¶ 16. In the complaint in C 14-02743 EMC, the SEC alleges that Khan and others committed civil violations of the Securities Exchange Act, 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5, by engaging in fraudulent insider trading, which the SEC alleges resulted in securities trading profits. Based on the United States' review of the SEC's complaint and knowledge of the facts of the case, it believes that these trading profits include those referenced in ¶ 16 of the Indictment in case CR 12-0860 YGR.

On June 13, 2014, the SEC filed an Administrative Motion to Consider Whether Cases Should be Related in case C 14-02743 EMC (doc. 8). The United States is informed and believes that the SEC has been directed by the Clerk to present that Motion to Judge Gonzalez Rogers, but may be prevented from doing so by the court's electronic filing system.

Because of the SEC's apparent position with respect to the cases' relatedness, and because of the slight overlap in facts between the two cases, the United States files this Notice out of an abundance of caution. However, (1) given that the criminal case against Khan is now completed in the district court and there will be no ongoing proceedings in the district court in that case and (2) given that the gravamen of the violations alleged in each of the cases is different, the United States is uncertain and

NOTICE OF RELATED CASES
U.S. v. KHAN/SEC V. KHAN ET AL.           2

takes no position as "to whether assignment to a single Judge is or is not likely to conserve judicial resources and promote an efficient determination of the action." Crim. L.R. 8-1(c)(4). Nevertheless, as noted above, the United States files this Notice (1) to ensure that it has complied with the local rule and (2) to give the Court an opportunity to consider for itself whether the cases meet the definition of "related case" under Criminal Local Rule 8-1(b)(1)-(2), and, if so, whether assignment to a single judge will meet the goal of conserving judicial resources and promoting efficiency.

DATED: June 27, 2014               Respectfully submitted,

                                                    MELINDA HAAG
                                                  United States Attorney

                                                                   /s/

                                                  KYLE F. WALDINGER
                                                 Assistant United States Attorney