United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>SALEEM KHAN, et al.,<br><br>             Defendants,<br><br>    and<br><br>SHAHID KHAN, et al.,<br><br>             Relief Defendants. | Civil Case No. C14-2743 EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *USA v. Saleem M. Khan,* Criminal Case No. CR12-0860 YGR.

IT IS SO ORDERED.

Dated: July 7, 2014

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Yvonne Gonzalez Rogers