BINGHAM MCCUTCHEN LLP
Charlene S. Shimada (SBN 91407)
charlene.shimada@bingham.com
Lucy Wang (SBN 257771)
lucy.wang@bingham.com
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
Ranjan Mendonsa

[Additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>SALEEM KHAN, AMMAR AKBARI, ROSHANLAL CHAGANLAL, and RANJAN MENDONSA,<br><br>            Defendants,<br><br>   and<br><br>SHAHID KHAN and MICHAEL KOZA,<br><br>            Relief Defendants. | No. 3:14-CV-02743-EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT RANJAN MENDONSA TO RESPOND TO THE COMPLAINT** |

        WHEREAS, on June 13, 2014, the U.S. Securities and Exchange Commission (the

"Commission") filed a complaint (the "Complaint") against Defendants Saleem Khan, Ammar

Akbari, Roshanlal Chaganlal and Ranjan Mendonsa (collectively, the "Defendants");

        WHEREAS, on June 13, 2014, the Commission sent Defendant Mendonsa a request for

Waiver of Service of Summons;

STIPULATION EXTENDING TIME FOR DEFENDANT RANJAN MENDONSA TO RESPOND TO
THE COMPLAINT  - Case No. 3:14-CV-02743-EMC

1      WHEREAS, on July 11, 2014, Defendant Mendonsa returned the Waiver of Service of
2 Process;

3      WHEREAS, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendant
4 Mendonsa's response to the Complaint is due on August 12, 2014;

5      WHEREAS, counsel for Defendant Mendonsa and counsel for the Commission have
6 agreed to an extension of 30 days for Defendant Mendonsa to answer the Complaint in order to
7 accommodate his counsel's need to gather pertinent information;

8      WHEREAS, no other time modifications have been made in the above-captioned case;

9      Accordingly, it is HEREBY STIPULATED by and between the undersigned parties that
10 Defendant Mendonsa shall have to and including September 11, 2014 to answer the Complaint.

11      IT IS SO STIPULATED.

12 DATED: July 25, 2014

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Lucy Wang
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

By: /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendant
Ranjan Mendonsa

20 DATED: July 25, 2014

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Susan F. LaMarca (SBN 215231)
Victor W. Hong (SBN 165938)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: 415.705.2500

22 IT IS SO ORDERED
23 _____
Edward M. [Chen]
24 U.S. District [Judge]

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

By: /s/ Susan F. LaMarca
Susan F. LaMarca
Attorneys for Plaintiff
United States Securities and Exchange
Commission

STIPULATION EXTENDING TIME FOR DEFENDANT RANJAN MENDONSA TO RESPOND TO
THE COMPLAINT - Case No. 3:14-CV-02743-EMC

1  ATTESTATION

2  I, Charlene S. Shimada, am the ECF User whose identification and password are
3  being used to file the Stipulation Regarding Defendant Ranjan Mendonsa's Response to the
4  Complaint. I hereby attest that Susan F. LaMarca concurs in this filing.
5
6  DATED: July 25, 2014                          BINGHAM MCCUTCHEN LLP
7
8                                                By:      /s/ Charlene S. Shimada
                                                          Charlene S. Shimada
9                                                         Attorneys for Defendant
                                                          Ranjan Mendonsa

STIPULATION EXTENDING TIME FOR DEFENDANT RANJAN MENDONSA TO RESPOND TO
THE COMPLAINT - Case No. 3:14-CV-02743-EMC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and caused the foregoing to be served via U.S. Mail to the following:

Christopher Cannon, Esq.
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104
Attorney for Defendant Saleem Khan

Brian P. Berson, Esq.
Law Offices of Brian P. Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104-2909
Attorney for Defendant Ammar Akbari

Roshanlal Chaganlal
2183 Forino Drive
Dublin, CA 94568

BINGHAM MCCUTCHEN LLP

By:   /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendant
Ranjan Mendonsa