JINA L. CHOI (N.Y. Bar No. 2699718)
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
AARON ARNZEN (Cal. Bar No. 218272)
  arnzena@sec.gov
VICTOR HONG (Cal. Bar No. 165938)
  hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

DANIEL M. HAWKE (Admitted to D.C. Bar)
701 Market Street
Philadelphia, Pennsylvania 19106

JOSEPH G. SANSONE (Admitted to N.Y. Bar)
3 World Financial Center, Suite 400
New York, New York 10281

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:14-CV-02743-EMC |
| Plaintiff, | |
| v. | |
| SALEEM KHAN, AMMAR AKBARI, ROSHANLAL CHAGANLAL and RANJAN MENDONSA | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT** |
| Defendants, | |
| and | |
| SHAHID KHAN and MICHAEL KOZA, | |
| Relief Defendants. | |

WHEREAS, on June 13, 2014, the U.S. Securities and Exhange Commission (the "Commission") filed the Complaint against Defendants Saleem Khan, Ammar Akbari, Roshanlal Chaganlal and Ranjan Mendonsa (collectively, the "Defendants"), and the Commission has since filed proof of service, or waiver of service, with respect to all of the Defendants;

WHEREAS, pursuant to prior Stipulations entered between the Commission and each of the Defendants separately extending the time to file an Answer to the Complaint, each of the Defendants are currently required to file an Answer on or before September 11, 2014;

WHEREAS, no other time modifications have been made in this case;

WHEREAS, pursuant to the Court's Case Management Conference Order entered July 21, 2014 (Dkt No. 21), the parties are required to attend the initial Case Management Conference in this matter on September 18, 2014 at 9:30 a.m., and to file a joint Case Mangement Statement one week prior to the CMC;

WHEREAS, counsel for the Commission has a conflict with the currently scheduled initial CMC, due to a previously scheduled annual conference that takes place in Washington, D.C.;

WHEREAS, counsel for the Commission has been speaking with counsel for certain of the defendants to determine whether there may be any opportunity for an early resolution of this matter;

ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that:

1. The Parties jointly request that each of the above dates be extended for approximately 30 days, resulting in:
   a. The initial Case Management Conference shall be moved to Thursday, October 16, 2014, at 9:30 a.m. (or as soon thereafter as the Court's schedule shall allow);
   b. The initial Case Management Statement shall be filed no later than October 9, 2014;
   c. The Defendants' Answers to the Complaint are each due to be filed on or before October 13, 2014;

2. In all other respects aside from these deadlines, the parties shall adhere to the terms of the Court's Case Management Conference Order and their respective Stipulations.

1
2          IT IS SO STIPULATED.
3  DATED: September 3, 2014                    /s/
4                                              SECURITIES AND EXCHANGE
                                               COMMISSION
5                                              Susan F. LaMarca (SBN 215231)
                                               Aaron Arnzen (SBN 218272)
6                                              Victor W. Hong (SBN 165938)
                                               44 Montgomery Street, Suite 2800
                                               San Francisco, CA 94104
7                                              Telephone: 415-705-2500
8
9                                              _____/s/_____
                                               LAW OFFICES OF BRIAN P. BERSON
10                                             Brian P. Berson (SBN 130249)
                                               235 Montgomery Street, Suite 625
11                                             San Francisco, CA 94104
                                               Telephone: 415-788-2707
12                                             Specially Appearing for Defendant Ammar
                                               Akbari
13
14                                             _____/s/_____
15                                             BINGHAM MCCUTCHEN LLP
                                               Charlene S. Shimada
16                                             Three Embarcadero Center
                                               San Francisco, CA 94111-4067
17                                             415-393-2000
                                               Counsel for Defendant Ranjan Mendonsa
18
19                                             _____/s/_____
20                                             SUGARMAN & CANNON
                                               Christopher J. Cannon
21                                             180 Montgomery Street
                                               Suite 2350
22                                             San Francisco, CA 94104
                                               415-362-6252
23                                             Counsel for Defendant Saleem Khan
24
25                                             _____/s/_____
                                               Roshanlal Chaganlal
26                                             (Pro Se)
                                               2183 Forino Drive
27                                             Dublin, CA 94568
28

# [PROPOSED] ORDER

Good cause appearing from the above Stipulation, the requested extension of approximately 30 days for the Parties to appear before the Court for the initial Case Management Conference and related filings, and extending the time for each of the Defendants to file an Answer to the Complaint, is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

a. The initial Case Management Conference shall be moved to Thursday, October 16, 2014, at 9:30 a.m. (or as soon thereafter as the Court's schedule shall allow);

b. The initial Case Management Statement shall be filed no later than October 9, 2014;

c. The Defendants' respective Answers to the Complaint are each due to be filed on or before October 13, 2014.

IT IS SO ORDERED.

DATED:   9/4/14

_____
Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

## ATTESTATION

I, Susan F. LaMarca, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing.

Dated: September 3, 2014

_____/s/_____
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# CERTIFICATE OF SERVICE

I, Janet Bukowski, am a citizen of the United States, over 18 years of age and not a party to this action. On September 3, 2014, I served the following documents:

- STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT

via US MAIL, to the following:

Brian P. Berson, Esq.
Law Offices of Brian P. Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104-2909
Specially Appearing for Defendant Ammar Akbari

Roshanlal Chaganlal
2183 Forino Drive
Dublin, CA 94568

the following defendants were served via the Court's CM/ECF system:

Christopher Cannon, Esq.
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104
Attorney for Defendant Saleem Khan

Charlene S. Shimada, Esq.
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Attorney for Defendant Ranjan Mendonsa

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on September 3, 2014.

*/s/ Janet Bukowski*
Janet Bukowski