1   JINA L. CHOI (N.Y. Bar No. 2699718)
    SUSAN F. LaMARCA (Cal. Bar No. 215231)
2     lamarcas@sec.gov
    AARON ARNZEN (Cal. Bar No. 218272)
3     arnzena@sec.gov
    VICTOR HONG (Cal. Bar No. 165938)
4     hongv@sec.gov

5   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6   44 Montgomery Street, Suite 2800
    San Francisco, California 94104
7   Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
8
    DANIEL M. HAWKE (Admitted to D.C. Bar)
9   701 Market Street
    Philadelphia, Pennsylvania 19106
10
    JOSEPH G. SANSONE (Admitted to N.Y. Bar)
11  3 World Financial Center, Suite 400
    New York, New York 10281
12

13

14                        UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18  SECURITIES AND EXCHANGE COMMISSION,    Case No. 3:14-CV-02743-EMC

19            Plaintiff,

20       v.

21  SALEEM KHAN, AMMAR AKBARI,             **STIPULATION AND [PROPOSED]
    ROSHANLAL CHAGANLAL and RANJAN         ORDER TO CONTINUE CASE
22  MENDONSA                               MANAGEMENT CONFERENCE**

23            Defendants,                  CURRENT DATE/TIME:
                                             Thursday, October 16, 2014, 9:30 a.m.
24       and                               PROPOSED DATE/TIME:
                                             Thursday, December 4, 2014, 9:30 a.m.
25  SHAHID KHAN and MICHAEL KOZA,          PLACE:
                                             Courtroom 5, 17th Floor
26            Relief Defendants.             450 Golden Gate Ave., San Francisco

27

28

1    WHEREAS, pursuant to the Court's Stipulated Order Continuing Case Management

2  Conference entered September 4, 2014 (Dkt No. 34), the parties are required to attend the initial Case

3  Management Conference in this matter on October 16, 2014 at 9:30 a.m., and to file a joint Case

4  Mangement Statement one week prior to the CMC;

5    WHEREAS, defendant Roshanlal Chaganlal, who is appearing pro se, is currently out of the

6  country on a family matter and will not return until October 31, 2014;

7    WHEREAS, the Securities and Exchange Commission ("SEC") and the defendants who are

8  each represented by counsel, namely Saleem Khan, Ranjan Mendonsa and Ammar Akbari, each

9  agreed to the new date suggested for the Case Management Conference – Thursday, December 4,

10  2014;

11    WHEREAS, in addition to continuing previously the initial Case Management Conference,

12  the Court has twice extended the time by which each defendant must answer the complaint;

13    ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that

14  the initial Case Management Conference shall be moved to Thursday, December 4, 2014, at 9:30 a.m.

15  (or as soon thereafter as the Court's schedule shall allow), and the parties will file a joint Case

16  Management Statement one week prior to the CMC.

17

18    IT IS SO STIPULATED.

19  DATED:  October 7, 2014          /s/  *Susan F. LaMarca*
                                      SECURITIES AND EXCHANGE
20                                    COMMISSION
                                      Susan F. LaMarca (SBN 215231)
21                                    Aaron Arnzen (SBN 218272)
                                      Victor W. Hong (SBN 165938)
22                                    44 Montgomery Street, Suite 2800
                                      San Francisco, CA 94104
23                                    Telephone: 415-705-2500

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING          1          CASE NO. C-3:14-CV-02743-EMC
INITIAL CASE MANAGEMENT CONFERENCE (SECOND)

1

2

3          /s/ *Charlene S. Shimada*
           BINGHAM MCCUTCHEN LLP
           Charlene S. Shimada  (SBN 91407)
4          Three Embarcadero Center
           San Francisco, CA 94111-4067
5          415-393-2000
           Counsel for Defendant Ranjan Mendonsa
6

7

8          /s/ *Christopher J. Cannon*
           SUGARMAN & CANNON
           Christopher J. Cannon
9          180 Montgomery Street
           Suite 2350
10         San Francisco, CA 94104
           415-362-6252
11         Counsel for Defendant Saleem Khan

12

13

14         /s/ *Roshanlal Chaganlal*
           Roshanlal Chaganlal
15         (Pro Se)

16

17

18         /s/ *William H. Kimball*
           LAW OFFICES OF WILLIAM H. KIMBALL
           William H. Kimball, Esq.
19         803 Hearst Avenue
           Berkeley, CA 94710
20         Counsel for Defendant Ammar Akbari

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING            2            CASE NO. C-3:14-CV-02743-EMC
INITIAL CASE MANAGEMENT CONFERENCE (SECOND)

1    **[PROPOSED] ORDER**

2

3        Good cause appearing from the above Stipulation, the requested continuance of the Case

4    Management Conference is hereby GRANTED.  IT IS HEREBY ORDERED THAT the initial Case

5    Management Conference shall be moved to Thursday, December 4, 2014, at 9:30 a.m.  A joint

6    CMC statement shall be filed by November 26, 2014.

7        IT IS SO ORDERED.

8

9

10

11

12   DATED:   October 10, 2014

13                                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ATTESTATION

2        I, Susan F. LaMarca, am the ECF User whose identification and password are being used to

3 file the Stipulation and Proposed Order.  I hereby attest that each of the above parties or their

4 representatives concurs in this filing.

5

6

7 Dated:  October 7, 2014                         /s/ *Susan F. LaMarca*
                                              Susan F. LaMarca
8                                             Attorney for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       I, Janet Bukowski, am a citizen of the United States, over 18 years of age and not a party to

3  this action.  On October 7, 2014, I served the following documents:

4
- STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
5            MANAGEMENT CONFERENCE

6       via e-mail and U.S. Mail, postage pre-paid, to the following:

7            Roshanlal Chaganlal, Pro Se
            4883 Thorndike Lane,
8            Dublin, CA 94568
            rchaganlal@gmail.com
9
            William H. Kimball, Esq.
10           Law Offices of William H. Kimball
            803 Hearst Avenue
11           Berkeley, CA 94710
            wkimball@whkimball.com
12           Attorney for Defendant Ammar Akbari

13
       the following defendants were served via the Court's CM/ECF system:
14
            Christopher Cannon, Esq.
15           Sugarman & Cannon
            180 Montgomery Street, Suite 2350
16           San Francisco, CA 94104
            Attorney for Defendant Saleem Khan
17
            Charlene S. Shimada, Esq.
18           Bingham McCutchen LLP
            Three Embarcadero Center
19           San Francisco, CA 94111-4067
            Attorney for Defendant Ranjan Mendonsa
20

21       I declare under penalty of perjury that the statements made above are true and correct.

22       Executed in San Francisco, California on October 7, 2014.

23

24            /s/ *Janet Bukowski*
            Janet Bukowski, Paralegal Specialist
25           SECURITIES AND EXCHANGE COMMISSION

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING         5         CASE NO. C-3:14-CV-02743-EMC
INITIAL CASE MANAGEMENT CONFERENCE (SECOND)