WILLIAM H. KIMBALL (Cal. Bar No. 242626)
LAW OFFICE OF WILLIAM H. KIMBALL
803 Hearst Avenue
Berkeley, CA  94710
Telephone:  (510) 704-1400
Facsimile:  (510) 649-5050
whkimball@whkimball.com

Attorney for Defendant Ammar Akbari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SALEEM KHAN, AMMAR AKBARI, ROSHANLAL CHAGANLAL and RANJAN MENDONSA<br><br>    Defendants,<br><br>    and<br><br>SHAHID KHAN and MICHAEL KOZA,<br><br>    Relief Defendants. | Case No. 3:14-CV-02743-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT AKBARI TO ANSWER THE COMPLAINT** |

WHEREAS, on June 13, 2014, the U.S. Securities and Exhange Commission (the "Commission") filed the Complaint against Defendants Saleem Khan, Ammar Akbari, Roshanlal Chaganlal and Ranjan Mendonsa (collectively, the "Defendants"), and the Commission has since filed proof of service, or waiver of service, with respect to all of the Defendants;

WHEREAS, pursuant to prior Stipulation and Order, Defendant Akbari is currently required to file an Answer to the Complaint on or before November 21, 2014;  this date has been previously extended by stipulation of the parties and order of the Court;

1  WHEREAS, pursuant to prior Stipulation and Order, the parties shall file a joint Case
2 Management Statement by December 4, 2014 in advance of the Case Mangement Conference
3 scheduled for December 11, 2014 at 9:30 a.m.; this date was also previously extended by stipulation
4 of the parties and order of the Court;

5  WHEREAS, counsel for the Commission and counsel for Defendant Akbari have continued to
6 speak to determine whether there may be any opportunity for an early resolution of this matter and
7 have agreed to an extension of approximately 90 days for Defendant Akbari to answer the Complaint;

8  ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that
9 Defendant Akbari shall file his Answer to the Complaint on or before February 16, 2015.

10  IT IS SO STIPULATED.

11 DATED: November 21, 2014            /s/    Susan F. LaMarca
                                       SECURITIES AND EXCHANGE
12                                     COMMISSION
                                       Susan F. LaMarca (SBN 215231)
13                                     Aaron Arnzen (SBN 218272)
                                       Victor W. Hong (SBN 165938)
14                                     44 Montgomery Street, Suite 2800
                                       San Francisco, CA 94104
15                                     Telephone: 415-705-2500
                                       Attorneys for Plaintiff
16

17                                     /s/    William H. Kimball
                                       LAW OFFICE OF WILLIAM H. KIMBALL
18                                     William H. Kimball (SBN 242626)
                                       803 Hearst Avenue
19                                     Berkeley, CA  94710
20                                     Attorney for Defendant Ammar Akbar

# [PR~~O~~OPOSED] ORDER

Good cause appearing from the above Stipulation, the requested extension of approximately 90 days for Defendants Akbari to file an Answer to the Complaint, is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

The Answer to the Complaint of Defendant Akbari is due to be filed on or before February 16, 2015.

IT IS SO ORDERED.

DATED: 12/1/14

*GRANTED — Judge Edward M. Chen*
*United States District Court, Northern District of California*

ATTESTATION

I, William H. Kimball, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing.

Dated: November 21, 2014        /s/     William H. Kimball
                                William H. Kimball
                                Attorney for Defendant Ammar Akbari

## CERTIFICATE OF SERVICE

I, William H. Kimball, am a citizen of the United States, over 18 years of age and not a party to this action. On November 21, 2014, I served the following documents:

- STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT AKBARI TO ANSWER THE COMPLAINT

Via e-mail and U.S. Mail, postage pre-paid, to the following:

> Roshanlal Chaganlal, Pro Se
> 4883 Thorndike Lane,
> Dublin, CA 94568
> rchaganlal@gmail.com

Via the Court's CM/ECF system to the following:

> Christopher Cannon, Esq.
> Sugarman & Cannon
> 180 Montgomery Street, Suite 2350
> San Francisco, CA 94104
> Attorney for Defendant Saleem Khan

> Charlene S. Shimada, Esq.
> Bingham McCutchen LLP
> Three Embarcadero Center
> San Francisco, CA 94111-4067
> Attorney for Defendant Ranjan Mendonsa

> Susan F. LaMarca
> Securities and Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, CA  94104
> Attorney for Plaintiff Securities and Exchange Commission

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on November 21, 2014.

> /s/      William H. Kimball
> William H. Kimball