JINA L. CHOI (N.Y. Bar No. 2699718)
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
VICTOR HONG (Cal. Bar No. 165938)
  hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:14-CV-02743-HSG (DMR) |
| Plaintiff, | |
| v. | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER SUSPENDING DEADLINES AS TO DEFENDANT AKBARI** |
| SALEEM KHAN, et al., | |
| Defendants, | |

1     Plaintiff Securities and Exchange Commission ("Commission" or "SEC") and defendant
2  Ammar Akbari hereby submit the following Stipulation and Proposed Order, and request that the
3  Court suspend upcoming deadlines as to Akbari, as follows:

4     WHEREAS counsel for the Commission, and counsel for Defendant Akbari have been
5  working for months to determine whether a settlement of the Commission's case as to Akbari could
6  be reached;

7     WHEREAS the Commission's counsel and Akbari's counsel have arrived at a settlement in
8  principle that the Commission's counsel expects to recommend to the Commission itself for
9  consideration and approval or disapproval;

10    WHEREAS the process for obtaining Commission consideration and approval requires a
11 formal presentation of an offer to the commissioners who sit in Washington, D.C., and given the
12 press of their business, the process typically takes approximately eight weeks to complete;

13    WHEREAS a Settlement Conference before Magistrate Judge Ryu is scheduled for March 13,
14 2015, at which the parties and their counsel are ordered to attend;

15    WHEREAS defendant Akbari will lose much of the value of making a settlement offer early
16 in this litigation (before the Settlement Conference and before the resumption of discovery and before
17 his Answer is due) if he is nevertheless required to attend such events at substantial cost to him;

18    ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that
19 Defendant Akbari should be relieved of the obligation to meet deadlines in this case for a period of
20 90 days from the date of the filing of this Stipulation. If, within the 90 days, the Commission has
21 considered and either approved or rejected the settlement offer, the SEC and Defendant Akbari will
22 so inform the Court immediately.

1 | IT IS SO STIPULATED:

3 | DATED:  February 27, 2015        /s/ *Susan F. LaMarca*
Susan F. LaMarca, Esq.
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Counsel for the Plaintiff

 /s/ *William H. Kimball*
William H. Kimball, Esq.
LAW OFFICES OF WILLIAM H. KIMBALL
803 Hearst Avenue
Berkeley, CA 94710
Counsel for Defendant Ammar Akbari

**[PROPOSED] ORDER**

Good cause appearing from the above Stipulation, the requested 90-day suspension of all deadlines as to Defendant Ammar Akbari is hereby GRANTED.  IT IS HEREBY ORDERED THAT the Plaintiff Securities and Exchange Commission and Defendant Ammar Akbari will report to the Court no later than 90 days from the date of entry of this Order to inform the Court whether a settlement between them has been approved by both parties.

IT IS SO ORDERED.

DATED:  March 2, 2015

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Susan F. LaMarca, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing to the extent indicated.

Dated: February 27, 2015   /s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# CERTIFICATE OF SERVICE

I, Karl Roeseler, am a citizen of the United States, over 18 years of age and not a party to this action. On March 2, 2015, I served the following documents:

- STIPULATION AND PROPOSED ORDER SUSPENDING DEADLINES AS TO DEFENDANT AKBARI

via e-mail and U.S. Mail, postage pre-paid, to the following:

> Roshanlal Chaganlal
> 4883 Thornpike Lane
> Dublin, CA 94568
> rchaganlal@gmail.com

The following defendants were served via the Court's CM/ECF system:

> William H. Kimball, Esq.
> Law Offices of William H. Kimball
> 803 Hearst Avenue
> Berkeley, CA 94710
> Attorney for Defendant Ammar Akbari
>
> Christopher Cannon, Esq.
> Sugarman & Cannon
> 180 Montgomery Street, Suite 2350
> San Francisco, CA 94104
> Attorney for Defendant Saleem Khan
>
> Charlene S. Shimada, Esq.
> Morgan, Lewis & Bockius LLP
> Three Embarcadero Center
> San Francisco, CA 94111-4067
> Attorney for Defendant Ranjan Mendonsa

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California March 2, 2015.

　　　　　　　　　　　　　　　　　　/s/ Karl Roeseler
　　　　　　　　　　　　　　　　　　Karl Roeseler