JINA L. CHOI (N.Y. Bar No. 2699718)
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
VICTOR HONG (Cal. Bar No. 165938)
  hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:14-CV-02743-HSG (DMR) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SUSPENDING DEADLINES AS TO DEFENDANT AKBARI** |
| SALEEM KHAN, et al., | |
| Defendants, | |

Plaintiff Securities and Exchange Commission ("Commission" or "SEC") and defendant Ammar Akbari hereby submit the following Stipulation and Proposed Order, and request that the Court continue the suspension of deadlines as to Akbari, as follows:

WHEREAS, pursuant to the request by the SEC and Defendant Akbari, the Court entered the stipulated Proposed Order on March 2, 2015, suspending deadlines as to Defendant Akbari for 90 days. The stipulation was based upon the estimated time needed for submission to the Commission of the terms of a settlement offer, for its approval or rejection;

WHEREAS counsel for the SEC underestimated the amount of time that would be required to present the matter to the Commission for approval or rejection, and now estimates that a further six weeks will be required before the matter can be considered;

WHEREAS defendant Akbari will lose much of the value of making a settlement offer if he is nevertheless required to answer the complaint or to participate in the upcoming events, including the Case Management Conference scheduled for June 23, 2015, and the filing of the joint CMC Statement no later than June 16, 2015;

ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that Defendant Akbari should be relieved of the obligation to meet deadlines in this case for a period of 90 days from the date of the filing of this Stipulation. If, within the 90 days, the Commission has considered and either approved or rejected the settlement offer, the SEC and Defendant Akbari will so inform the Court immediately.

1 │   IT IS SO STIPULATED:

2

3 │ DATED:  June 8, 2015                          /s/  *Susan F. LaMarca*
                                                 Susan F. LaMarca, Esq.
4                                                SECURITIES AND EXCHANGE
                                                 COMMISSION
5                                                44 Montgomery Street, Suite 2800
                                                 San Francisco, CA 94104
6                                                Counsel for the Plaintiff

7

8                                                 /s/ *William H. Kimball*
                                                 William H. Kimball, Esq.
                                                 LAW OFFICES OF WILLIAM H. KIMBALL
9                                                803 Hearst Avenue
                                                 Berkeley, CA 94710
10                                               Counsel for Defendant Ammar Akbari

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing from the above Stipulation, the requested 90-day suspension of all deadlines as to Defendant Ammar Akbari is hereby GRANTED. IT IS HEREBY ORDERED THAT the Plaintiff Securities and Exchange Commission and Defendant Ammar Akbari will report to the Court no later than 90 days from the date of entry of this Order to inform the Court whether a settlement between them has been approved by both parties.

IT IS SO ORDERED.

DATED: June 9, 2015

*/s/ Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Susan F. LaMarca, am the ECF User whose identification and password are being used to file the Stipulation and Proposed Order. I hereby attest that each of the above parties or their representatives concurs in this filing to the extent indicated.

Dated: June 8, 2015  /s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I, Janet Bukowski, am a citizen of the United States, over 18 years of age and not a party to this action. On June 9, 2015, I served the following documents:

- STIPULATION AND PROPOSED ORDER SUSPENDING DEADLINES AS TO DEFENDANT AKBARI

via e-mail and U.S. Mail, postage pre-paid, to the following:

>  Roshanlal Chaganlal
>  4883 Thornpike Lane
>  Dublin, CA 94568
>  rchaganlal@gmail.com

The following defendants were served via the Court's CM/ECF system:

>  William H. Kimball, Esq.
>  Law Offices of William H. Kimball
>  803 Hearst Avenue
>  Berkeley, CA 94710
>  Attorney for Defendant Ammar Akbari

>  Christopher Cannon, Esq.
>  Sugarman & Cannon
>  180 Montgomery Street, Suite 2350
>  San Francisco, CA 94104
>  Attorney for Defendant Saleem Khan

>  Charlene S. Shimada, Esq.
>  Morgan, Lewis & Bockius LLP
>  Three Embarcadero Center
>  San Francisco, CA 94111-4067
>  Attorney for Defendant Ranjan Mendonsa

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California June 9, 2015.

>  /s/ *Janet Bukowski*
>  Janet Bukowski, Paralegal Specialist
>  SECURITIES AND EXCHANGE COMMISSION