# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 6/24/15 | **Time:** 20 Minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:14-cv-02743-HSG | **Case Name:** Securities And Exchange Commission v. Saleem M. Khan, et al | |

**Attorney for Plaintiff:** Susan LaMarca
**Attorney for Defendant Mendonsa:** Charlene Shimada and Lucy Wang

**Deputy Clerk:** Ivy Lerma Garcia                **FTR:** Not Recorded

## PROCEEDINGS

Further telephonic settlement discussions held.

**Results:**   Full settlement reached as to Defendant Mendonsa, contingent only upon Commission approval; Plaintiff's counsel anticipates that Commission vote will occur within four to six weeks.

cc:  Chambers