UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>SALEEM M. KHAN, et al.,<br><br>        Defendants. | Case No. 14-cv-02743-HSG<br><br>**SCHEDULING ORDER** |
|---|---|

A case management conference was held on June 23, 2015. The Court set the following deadlines:

| **Event** | **Date** |
|---|---|
| Deadline to Exchange and Serve Initial Disclosures | July 23, 2015 |
| Deadline to Amend Pleadings | July 30, 2015 |
| Close of Fact Discovery | March 1, 2016 |
| Initial Expert Disclosures | March 15, 2016 |
| Rebuttal Expert Disclosures | April 5, 2016 |
| Close of Expert Discovery | May 16, 2016 |
| Deadline to File Dispositive Motions | June 16, 2016 |
| Last Day to Hear Dispositive Motions | July 21, 2016 |
| Pretrial Conference | September 13, 2016<br>3:00 p.m. |
| Jury Trial | October 17, 2016<br>8:30 a.m.<br>8 days |

**IT IS SO ORDERED.**

Dated: June 25, 2015

                                                _____
                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge