MORGAN, LEWIS & BOCKIUS LLP
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@morganlewis.com
LUCY WANG (SBN 257771)
lucy.wang@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone: 415.442.1000
Facsimile:  415.442.1001

Counsel for Defendant Ranjan Mendonsa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SALEEM KHAN, ET AL.,<br><br>Defendants. | Case No. 3:14-CV-02743-HSG<br><br>**STIPULATION AND ORDER SUSPENDING DEADLINES AS TO DEFENDANT RANJAN MENDONSA** |

Plaintiff Securities and Exchange Commission ("Commission" or "SEC") and Defendant Ranjan Mendonsa hereby submit the following Stipulation and Proposed Order, and request that the Court suspend upcoming deadlines as to Defendant Mendonsa, as follows:

WHEREAS, counsel for the Commission and counsel for Defendant Mendonsa have been working for months to determine whether a settlement of the Commission's case as to Defendant Mendonsa could be reached;

WHEREAS, following a settlement conference before Magistrate Judge Ryu on May 26, 2015, counsel for the Commission and counsel for Defendant Mendonsa arrived at a proposed settlement, subject to one contingency (Dkt. No. 80);

WHEREAS, pursuant to Magistrate Judge Ryu's order of May 27, 2015 (Dkt. No. 80), on June 24, 2015, Defendant Mendonsa reported satisfactorily to Judge Ryu regarding that contingency;

WHEREAS, the Commission's counsel expects to recommend the proposed settlement to the Commission for consideration and approval or disapproval;

WHEREAS, the process for obtaining Commission consideration and approval requires a formal presentation of an offer to the Commissioners who sit in Washington, D.C., and given the press of their business, the process typically takes approximately eight weeks to complete;

WHEREAS, in anticipation of settlement, counsel for the Commission and counsel for Defendant Mendonsa previously stipulated to extend the time for Defendant Mendonsa to answer the Complaint to September 8, 2015 (Dkt. No. 82);

WHEREAS, Defendant Mendonsa will lose much of the value of making a settlement offer if he is nevertheless required to participate in the upcoming events;

ACCORDINGLY, it is HEREBY STIPULATED by and between the undersigned parties that Defendant Mendonsa should be relieved of the obligation to meet all deadlines in this case until September 8, 2015. If, before September 8, 2015, the Commission has considered and either approved or rejected the settlement offer, the Commission and Defendant Mendonsa will so inform the Court immediately.

1     IT IS SO STIPULATED.

2 DATED: June 25, 2015            /s/ Charlene S. Shimada
                                             MORGAN, LEWIS & BOCKIUS LLP
3                                            Charlene S. Shimada (SBN 91407)
                                             One Market, Spear Street Tower
4                                            San Francisco, CA 94105
                                           Telephone: 415-442-1000
5                                            Counsel for Defendant Ranjan Mendonsa

6 DATED: June 25, 2015            /s/ E. Barrett Atwood
                                             SECURITIES AND EXCHANGE
7                                            COMMISSION
                                           Susan F. LaMarca (SBN 215231)
8                                            Victor W. Hong (SBN 165938)
                                           E. Barrett Atwood (SBN 291181)
9                                            44 Montgomery Street, Suite 2800
                                           San Francisco, CA 94104
10                                         Telephone: 415-705-2500

**ORDER**

Good cause appearing from the above Stipulation, the requested suspension of all deadlines to September 8, 2015 as to Defendant Ranjan Mendonsa is hereby GRANTED. IT IS HEREBY ORDERED THAT the Plaintiff Securities and Exchange Commission and Defendant Mendonsa will report to the Court no later than September 8, 2015 to inform the Court whether a settlement between them has been approved by both parties.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER SUSPENDING DEADLINES AS TO DEFENDANT RANJAN MENDONSA    4    CASE NO. C-3:14-CV-02743-HSG

**ATTESTATION**

I, Charlene S. Shimada, am the ECF User whose identification and password are being used to file the Stipulation. I hereby attest that each of the above parties or their representatives concurs in this filing.

Dated:  June 25, 2015                                /s/ Charlene S. Shimada
                                                    Charlene S. Shimada

# CERTIFICATE OF SERVICE

I, Mathew Djavaherian, am a citizen of the United States, over 18 years of age and not a party to this action. On June 25, 2015, I served the following documents:

- STIPULATION AND PROPOSED ORDER SUSPENDING DEADLINES AS TO DEFENDANT RANJAN MENDONSA

via US MAIL, to the following:

> Roshanlal Chaganlal
> 2183 Forino Drive
> Dublin, CA 94568

the following defendants were served via the Court's CM/ECF system:

> Susan F. LaMarca, Esq.
> Victor W. Hong, Esq.
> E. Barrett Atwood, Esq.
> Securities and Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, CA 94104
> Attorneys for Plaintiff Securities and Exchange Commission

> Christopher Cannon, Esq.
> Sugarman & Cannon
> 180 Montgomery Street, Suite 2350
> San Francisco, CA 94104
> Attorney for Defendant Saleem Khan

> William Hugo Kimball
> Law Office of William H. Kimball
> 803 Hearst Avenue
> Berkeley, CA 94710
> Attorney for Defendant Ammar Akbari

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California, on June 25, 2015.

                                          /s/   Mathew Djavaherian
                                          Mathew Djavaherian