United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>SALEEM M. KHAN, et al.,<br><br>   Defendants. | Case No. 14-cv-02743-HSG<br><br>**ORDER MODIFYING DISCOVERY DEADLINES**<br><br>Re: Dkt. No. 105 |

  On February 19, 2016, Plaintiff Securities and Exchange Commission and Defendants Saleem Khan and Roshanlal Chaganlal submitted a joint stipulation seeking to extend the current case schedule. Dkt. No. 105. On March 1, 2016, the Parties appeared before the Court for a case management conference to discuss the proposed stipulation to extend the case schedule.

  As discussed during the March 1, 2016, case management conference, the Court hereby GRANTS a 45-day extension of all discovery deadlines. The deadlines for the filing and hearing of dispositive motions, the pretrial conference, and the trial remain as previously set.

  For clarity, the full case schedule is shown below.

| Event | Date |
|---|---|
| Close of Fact Discovery | April 15, 2016 |
| Initial Expert Disclosures | April 29, 2016 |
| Rebuttal Expert Disclosures | May 20, 2016 |
| Close of Expert Discovery | June 30, 2016 |
| Deadline to File Dispositive Motions | June 16, 2016 |
| Last Date to Hear Dispositive Motions | July 21, 2016 at 2:00 p.m. |
| Pretrial Conference | September 13, 2016 at 3:00 p.m. |
| Jury Trial | October 17, 2016 at 8:30 a.m., 8 days |

**IT IS SO ORDERED.**

Dated:  3/2/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2