JINA L. CHOI (N.Y. Bar No. 2699718)
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
E. BARRETT ATWOOD (Cal. Bar No. 291181)
  atwoode@sec.gov
WADE RHYNE (Cal. Bar No. 216799)
  rhynew@sec.gov
VICTOR HONG (Cal. Bar No. 165938)
  hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALEEM KHAN, et al.,<br><br>　　　　Defendants. | Case No. 3:14-CV-02743-HSG<br><br>**STIPULATION AND ORDER VACATING HEARING AND SCHEDULING ORDER**<br><br>Hearing:  2:00 p.m., July 21, 2016, at Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA |

　　　　Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Securities and Exchange Commission ("Commission") and Defendant Saleem Khan, through his counsel, and *pro se* Defendant Roshanlal Chaganlal (collectively, the "Parties") submit this Stipulation and Proposed Order Vacating Hearing and Scheduling Order because the Parties have reached tentative agreement on a proposed settlement, subject to the approval of the Commission.  The Declaration of E. Barrett Atwood in Support of this Stipulation is attached as Exhibit 1.

**STIPULATION**

WHEREAS Plaintiff, on June 16, 2016, moved for summary judgment and noticed a hearing on that motion for 2:00 p.m., July 21, 2016 (Dkt. Nos. 116, 129-1), Defendant Khan opposed that motion (Dkt. No. 130), and Plaintiff filed its reply (Dkt. No. 131).

WHEREAS the Parties participated in extensive settlement discussions with the assistance of Magistrate Judge Ryu (Dkt. No. 128), to whom the Court referred the case to for mediation (Dkt. No. 113). The Parties participated in a settlement meeting with Judge Ryu on June 21, 2016, and over the following weeks, the Parties exchanged information and demands. These efforts culminated in the Parties reaching tentative agreements on proposed settlements, the terms of which are set forth in signed offers from each of the Defendants, but which are subject to the formal approval of the Commission, and then of this Court.

WHEREAS the process for obtaining Commission consideration and approval requires a formal presentation of the Defendants' respective offers to the commissioners who sit in Washington, D.C., and given the press of their business, the process typically takes between approximately six and eight weeks to complete.

WHEREAS the Court has set the pretrial conference for 3:00 p.m., September 13, 2016 (Dkt. No. 108), requiring the Parties to meet and confer regarding pretrial issues, and exchange exhibits and other items by August 16, 2016, file motions in limine by August 23, 2016, and file their pretrial statements and proposed trial documents by August 30, 2016, and complete other tasks pursuant to this Court's Civil Pretrial and Trial Standing Order.

WHEREAS completion of the pretrial activities and the hearing on the Commission's pending motion may result in the Parties losing value of their proposed settlements.

WHEREAS the Declaration of E. Barrett Atwood in Support of this Stipulation and [Proposed] Order (attached as Exhibit 1) is submitted pursuant to Civil Local Rule 6-2.

**ACCORDINGLY, IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties that the hearing set for July 21, 2016, and each of the impending dates in the Scheduling Order in this matter (Dkt. No. 108) be vacated in order to allow the Commission to formally consider the Parties' proposed settlements. If, within eight weeks (56 days) of the entry of this [Proposed]

Order, the Commission has yet to consider the proposed settlements, the Commission will so inform the Defendants and the Court.

DATED: July 19, 2016                                      Respectfully submitted,

/s/ *E. Barrett Atwood*
SECURITIES AND EXCHANGE COMMISSION
E. Barrett Atwood
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

/s/ *Christopher J. Cannon*
SUGARMAN & CANNON
Christopher J. Cannon
180 Montgomery Street
Suite 2350
San Francisco, CA 94104
Counsel for Defendant Saleem Khan

/s/ *Roshanlal Chaganlal*
Roshanlal Chaganlal
(Pro Se)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 20, 2016

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, E. Barrett Atwood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order. I hereby attest that each of the above parties or their representatives concurs in this filing to the extent indicated.

Dated: July 19, 2016            /s/ *E. Barrett Atwood*
                                E. Barrett Atwood
                                Attorney for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION

# CERTIFICATE OF SERVICE

I, E. Barrett Atwood, am a citizen of the United States, over 18 years of age and not a party to this action.  On July 20, 2016, I served the following documents:

- STIPULATION AND [PROPOSED] ORDER VACATING HEARING AND SCHEDULING ORDER; and
- DECLARATION OF E. BARRETT ATWOOD IN SUPPORT OF STIPULATION AND [PROPOSED] VACATING HEARING AND SCHEDULING ORDER

Via email to the following:

> Roshanlal Chaganlal
> 4883 Thorndike Lane
> Dublin, CA 94568
> rchaganlal@gmail.com

and to the following via the Court's CM/ECF system:

> Christopher Cannon, Esq.
> Sugarman & Cannon
> 180 Montgomery Street, Suite 2350
> San Francisco, CA 94104
> Attorney for Defendant Saleem Khan

On July 20, 2016, I will cause these same documents to be served on Mr. Chaganlal at the above address via mail, postage prepaid.

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California July 20, 2016.


      /s/ *E. Barrett Atwood*
Trial Attorney
SECURITIES AND EXCHANGE COMMISSION