JINA L. CHOI (N.Y. Bar No. 2699718)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
VICTOR HONG (Cal. Bar No. 165938)
 hongv@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SALEEM KHAN, et al.,<br><br>Defendants. | Case No. 4:14-cv-02743-HSG<br><br>**[PROPOSED] CORRECTED ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ORDER DIRECTING TURNOVER OF FUNDS TO U.S. TREASURY** |

1  This matter came before the Court on the Securities and Exchange Commission's (the
2  "SEC") Motion for an Order Directing Turnover of Funds to United States Treasury.  Based upon
3  the submissions of the parties, the materials in the record, and good cause appearing therefrom, the
4  Court hereby GRANTS the SEC's motion.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to transfer within 60 days of this order funds in the amount of $240,740.79 (which were deposited in the Court's registry account per the final order as to Relief Defendant Shahid Khan), plus any interest accrued thereon, less amounts withheld as the Court's registry fee, to the United States Treasury.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to transfer within 60 days of this order funds in the amount of $31,713 (which were deposited in the Court's registry account per the final order as to Relief Defendant Michael Koza), plus any interest accrued thereon, less amounts withheld as the Court's registry fee, to the United States Treasury.

The Clerk may transmit payments electronically to the SEC, which will provide detailed ACH transfer/Fedwire instructions upon request, for deposit with the United States Treasury. Payment may alternatively be made via Pay.gov through the SEC website at: http://www.sec.gov/about/offices/ofm.htm, or by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, addressed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169.

IT IS SO ORDERED.

Dated: 10/20/2017

Haywood S. Gilliam, Jr.
United States District Judge